UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR P. CAPALDI<br>    Plaintiff<br><br>v.<br><br>F/V GEORGIE J, her engines, boilers, equipment, machinery, tackle, furnishings, apparel, appurtenances, etc., including, but not limited to, its commercial fishing licenses, permits, limited entry rights, quotas, moratorium permits/licenses, and all other fishing rights, history, privileges, or entitlements arising from, issued to, attaching to, or appurtenant to said vessel, *in rem*<br>    Defendant | )<br>)<br>)<br>)   Civil Action<br>)   No._____<br>)<br>)<br>)   04-10843 JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### SEAMAN'S AFFIDAVIT

I, Carolyn M. Latti, attorney for the Plaintiff in the above-entitled action, do on oath depose and say as follows:

1.   The Plaintiff, Victor P. Capaldi, in the above entitled action, was a seaman and claims the benefits of the United States Code, Title 28, Section 1916, which provides that:

> "In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor."

Respectfully submitted for the
the Plaintiff, Victor P. Capaldi,
by his attorney,

Carolyn M. Latti
BBO#567-394
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: 4-28-04

### COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

Subscribed and sworn to before me this 28th day of April, 2004

Donna M. Tempesta   My commission expires 9-22-06
Notary Public



DONNA M. TEMPESTA
Notary Public
Commonwealth of Massachusetts
My Commission Expires Sep 22, 2006