UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **VICTOR P. CAPALDI,**<br>    Plaintiff, | **CIVIL ACTION**<br>**NO: 04-10843-JLT** |
| vs. | |
| **F/V GEORGIE J, her engines, boilers, equipment, machinery, tackle, furnishings, apparel, appurtenances, etc., including but not limited to, its commercial fishing licenses, permits, limited entry rights, quotas, moratorium permits/licenses, and all other fishing rights, history, privileges, or entitlements arising from, issued to, attaching to, or appurtenant to said vessel,** *in rem*<br>    Defendant. | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant, **AGA Fishing Corporation,** in the above-entitled action.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

**"/s/ Thomas J. Muzyka"**
**Thomas J. Muzyka**
**BBO NO. 365540**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  May 12, 2004