# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **VICTOR P. CAPALDI**                )<br>       **Plaintiff**                )<br>                                      )<br>                                      )<br>**v.**                                )<br>                                      )<br>                                      )<br>**F/V GEORGIE J, her engines, boilers, equipment,**        )<br>**machinery, tackle, furnishings, apparel, appurtenances,** )<br>**etc., including, but not limited to, it s commercial fishing** )<br>**licenses, permits, limited entry rights, quotas, moratorium** )<br>**permits/licenses, and all other fishing rights, history,** )<br>**privileges, or entitlements arising from, issued to,** )<br>**attaching to, or appurtenant to said vessel,** *in rem* )<br>       **Defendant**                 )<br>                                      ) | Civil Action<br>No-04-10843-JLT |

## <u>VICTOR CAPALDI'S MOTION TO DISMISS CLAIMANT'S WARREN ALEXANDER'S COUNTER CLAIM AND CLAIM</u>

Now comes the Plaintiff and Counter Defendant(hereinafter Capaldi) in the above-entitled matter and by and through his attorneys, submits Victor Capaldi's Motion to Dismiss Claimant Warren Alexander's Counterclaim and Claim.

As grounds, Capaldi relies on Memorandum of Law in Support of Victor Capaldi's Motion to Dismiss Warren Alexander's Counterclaim and Claim filed herewith.

WHEREFORE, Capaldi respectfully requests that this Honorable Court dismiss Warren Alexander's Counterclaim and Claim.

Respectfully submitted for the
the Plaintiff and counter Defendant, Victor P. Capaldi,
by his attorney,


/s/ Carolyn M. Latti
/s/ Carolyn M. Latti
BBO #567-394
David F. Anderson
BBO#560-994
LATTI & ANDERSON LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: July 22, 2004

2