UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR P. CAPALDI,<br>    Plaintiff, | CIVIL ACTION<br>NO: 04-10843-JLT |
| vs. | |
| F/V GEORGIE J, her engines, boilers, equipment, machinery, tackle, furnishings, apparel, appurtenances, etc., including but not limited to, its commercial fishing licenses, permits, limited entry rights, quotas, moratorium permits/licenses, and all other fishing rights, history, privileges, or entitlements arising from, issued to, attaching to, or appurtenant to said vessel, *in rem*<br>    Defendant. | |

### CLAIMANT, WARREN ALEXANDER'S, ASSENTED TO MOTION TO AMEND ANSWER

Now comes the Claimant, Warren Alexander, by his counsel, Clinton & Muzyka, P.C., and moves this Honorable Court pursuant to Rule 15(a) to amend his Answer to add a Verification to the Counterclaim.

Plaintiff's attorney has assented to the filing of the Amended Answer. A copy of the Amended Answer of Claimant, Warren Alexander, is attached hereto.

WHEREFORE, claimant, Warren Alexander prays this Honorable Court grant his Motion to Amend the Complaint.

        Respectfully submitted,
        By his attorneys,

        **CLINTON & MUZYKA, P.C.**

        **_"/s/ Robert E. Collins"**
        **Robert E. Collins**
        **BBO NO. 555843**
        One Washington Mall
        Suite 1400
        Boston, MA 02108
        (617) 723-9165

**ASSENTED TO:**

**LATTI & ANDERSON, LLP**


**"/s/ Carolyn M. Latti"**
**Carolyn M. Latti**
**BBO NO. 567394**
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000