UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**VICTOR P. CAPALDI,**                     CIVIL ACTION
    **Plaintiff,**                          NO: 04-10843-JLT

vs.

**F/V GEORGIE J, her engines, boilers,
equipment, machinery, tackle,
furnishings, apparel, appurtenances,
etc., including but not limited to,
its commercial fishing licenses, permits,
limited entry rights, quotas, moratorium
permits/licenses, and all other fishing
rights, history, privileges, or
entitlements arising from, issued to,
attaching to, or appurtenant to said
vessel,** *in rem*
    **Defendant.**

## NOTICE OF WITHDRAWAL OF MOTION

Now comes the Plaintiff, Victor P. Capaldi, by his attorney, and withdraws the Motion to Dismiss Warren Alexander's Counterclaim and Claim.

                                          Respectfully submitted,
                                          By his attorneys,

                                          **LATI & ANDERSON, LLP**

                                          _"/s/ Caroly M. Latti"_
                                          **Carolyn M. Latti
BBO NO. 567394**
                                          30-31 Union Wharf
                                          Boston, MA 02109
                                          (617) 523-1000