**F/V GEORGIE J**

**VICTOR CAPALDI**
**DOI: 25 NOVEMBER 2003**

**INSURANCE FUNDS**
as of 6/10/04:                                                                        588,467.65

**VESSEL SALE PROCEEDS:**                                                    900,000.00

**TOTAL AVAILABLE FUNDS:**                                              $ 1,488,467.65

**VESSEL MORTGAGE**
as of 6/15/04:                                                                         129,148.52

**CORPORATE EXPENSES (OUTSTANDING):**

| | | |
|---|---:|---:|
| N.B. SHIP SUPPLY | $ 1,688.90 | |
| TOMTRONICS | 192.00 | |
| N. B. WELDING | 190.86 | |
| LUZO FISHING | 3,521.32 | |
| R.A. MITCHELL | 2,105.82 | |
| LUZO WELDING | 1,200.00 | |
| XAVIER SANTOS | 800.00 | |
| METRO | 2,800.00 | |
| DAVE LIMA | 625.00 | |
| CARLOS ROPOSO | 575.00 | |
| | $ 13,698.90 | 13,698.90 |

**DEFENSE COSTS:**

| | | |
|---|---:|---:|
| CLINTON & MUZYKA | $ 13,760.35 | |
| P. LAFRENIERE, ESQ. | 5,520.00 | |
| SPECTRUM REHAB. | 3,000.00 | |
| | $ 22,280.35 | 22,280.35 |

**NET FUNDS:**                                                                     $ 1,323,339.88

EXHIBIT "B"