**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

U.S. Department of Justice
United States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Victor P. Capaldi | 04-10843-JLT |
| DEFENDANT | TYPE OF PROCESS |
| F/V GEORGIE J | Confirmation of sale |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

F/V GEORGIE J

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Fairhaven Shipyard, 50 Fort Street, Fairhaven, MA 02719

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Carolyn M. Latti
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

See order confirming sale

*[Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2004 NOV 15 A 11:40]*

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (617) 523-1000

DATE: 11/15-04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk [signed: Nancy Talowe] | Date 11/15/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Attached Court Order + copy of Bill of Sale  11/15/04
[signed: Nancy Talowe]

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VICTOR P. CAPALDI<br>**Plaintiff**<br><br>v.<br><br>F/V GEORGIE J, her engines, boilers, equipment, machinery, tackle, furnishings, apparel, appurtenances, etc., including, but not limited to, its commercial fishing licenses, permits, limited entry rights, quotas, moratorium permits/licenses, and all other fishing rights, history, privileges, or entitlements arising from, issued to, attaching to, or appurtenant to said vessel, *in rem*<br>**Defendant** | **Civil Action<br>No. 04-10843-JLT** |

## ORDER CONFIRMING THE INTERLOCUTORY SALE OF F/V GEORGIE J

This Court has reviewed the United States Marshal's report of sale and *Plaintiff's Motion To Confirm the Interlocutory Sale of F/V GEORGIE J* which seeks the confirmation of the interlocutory sale of Defendant vessel F/V GEORGIE J (O.N. 502064), her engines, boilers, equipment, machinery, tackle, furnishings, apparel, appurtenances, etc., including, but not limited to, its commercial fishing licenses, permits, limited entry rights, quotas, moratorium permits/licenses, and all other fishing rights, history, privileges, or entitlements arising from, issued to, attaching to, or appurtenant to said vessel, (hereinafter referred to as the "Vessel"), to the highest bidder, Mr. Carlos Rafael of 77 Tucker Lane, North Dartmouth, Massachusetts, 02747, and it appearing from the Marshal's report that the F/V GEORGIE J was sold at public auction at the time and place directed for the sum of One Million Seven Hundred Thousand and

00/100 Dollars ($1,700,000.00), which was the highest bidder and the best bid offered by Mr. Rafael and the Court being satisfied in all respects that the aforesaid sale was regularly and fairly conducted, upon consideration thereof, and after a hearing, it is hereby:

ORDERED, ADJUDGED and DECREED that the interlocutory sale of the Defendant Vessel, F/V GEORGIE J (O.N. 502064), her engines, boilers, equipment, machinery, tackle, furnishings, apparel, appurtenances, etc., including, but not limited to, its commercial fishing licenses, permits, limited entry rights, quotas, moratorium permits/licenses, and all other fishing rights, history, privileges, or entitlements arising from, issued to, attaching to, or appurtenant to said Vessel, by the United States Marshal on October 20, 2004 to Mr. Carlos Rafael of 77 Tucker Lane, North Dartmouth, Massachusetts, 02747, be and the same is herby approved and confirmed in all respects in accordance with Rule E(9) of the Supplemental Rules for Certain Admiralty and Maritime Matters of the Federal Rules of Civil Procedure, it is further

ORDERED, ADJUDGED and DECREED, that the sum of One Million Seven Hundred Thousand and 00/100 Dollars($1,700,000.00) be deposited with the United States Marshal to abide the event of this action and to satisfy court costs, including custodial fees and expenses associated with arresting, storing, maintaining and the auction of said Vessel, as well as the United States Marshall commission and costs of sale, and that said sum be retained in the *in an interest bearing account* custody of the Marshals Service to be distributed as further ordered by this Court; and it is further

ORDERED, ADJUDGED and DECREED that the United States Marshal is hereby directed to issue a bill of sale therefore and release and deliver the Vessel, together with her engines, boilers, equipment, machinery, tackle, furnishings, apparel, appurtenances, etc., including, but not limited to, its commercial fishing licenses, permits, limited entry rights,

2

quotas, moratorium permits/licenses, and all other fishing rights, history, privileges, or entitlements arising from, issued to, attaching to, or appurtenant to said Vessel, to Mr. Carlos Rafael of 77 Tucker Lane, North Dartmouth, Massachusetts, 02747, upon the payment of the total purchase price, and all sums due and owing to the Marshals Service for his commission and costs and expenses of sale.

Dated at Boston, Massachusetts on this 15 day of November, 2004

Joseph L. Tauro
United State District Court Judge

3

OMB APPROVED
2115-0110

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1356 (REV. 9-92) | BILL OF SALE BY GOVERNMENT ENTITY PURSUANT TO COURT ORDER OR ADMINISTRATIVE DECREE OF FORFEITURE | THIS SECTION FOR COAST GUARD USE ONLY |

**1. VESSEL NAME**

F/V GEORGIE J.

**2. OFFICIAL NUMBER OR OTHER UNIQUE IDENTIFIER**

502064

**3. PERSON EXECUTING INSTRUMENT**

NAME: ANTHONY DICHIO          TITLE: UNITED STATES MARSHAL

NAME AND ADDRESS OF AGENCY REPRESENTED (AND DISTRICT, IF APPLICABLE)

UNITED STATES MARSHALS SERVICE, DISTRICT OF MASSACHUSETTS
ONE COURTHOUSE WAY, SUITE 1-500 BOSTON, MA 02210

**4. COURT OR FORFEITURE INFORMATION:**

☐ VESSEL SOLD PURSUANT TO ADMINISTRATIVE FORFEITURE (COPY OF DECREE ATTACHED)

☒ VESSEL SOLD PURSUANT TO COURT ORDER

NAME OF COURT: UNITED STATES DISTRICT COURT          TITLE OF ORDER: ORDER OF SALE

RECORDING DATA:
BOOK:          PAGE:
PORT (IF DIFFERENT FROM FILING PORT)

**5. NAME (S) AND ADDRESS (ES) OF BUYER (S) AND INTEREST TRANSFERRED TO EACH:**

Carlos Rafael
77 Tucker Lane
North Dartmouth, MA 02747

**5A.** TOTAL INTEREST TRANSFERRED (100% UNLESS OTHERWISE SPECIFIED.) 100 %

**5B.** MANNER OF OWNERSHIP. (CHECK ONLY ONE, IF APPLICABLE). UNLESS OTHERWISE STATED HEREIN, THIS BILL OF SALE CREATES A TENANCY IN COMMON, WITH EACH TENANT OWNING AN EQUAL UNDIVIDED INTEREST.

☐ JOINT TENANCY WITH RIGHT OF SURVIVORSHIP     ☐ TENANCY BY THE ENTIRETIES     ☐ COMMUNITY PROPERTY

☐ OTHER (DESCRIBE)

**6. CONSIDERATION RECEIVED:** One Million Seven Hundred Thousand Dollars
$1,700,000.00
(ONE DOLLAR AND OTHER VALUABLE CONSIDERATION UNLESS OTHERWISE STATED)

**7.** BY VIRTUE OF THE AFORESAID COURT ORDER, A COPY OF WHICH IS ATTACHED HERETO, OR DECREE OF ADMINISTRATIVE FORFEITURE ATTACHED HERETO, I DO HEREBY GRANT, BARGAIN, AND SELL THE VESSEL DESCRIBED HEREIN, TOGETHER WITH ITS TACKLE, APPAREL, AND FURNITURE, TO THE BUYER (S) NAMED ABOVE. FURTHERMORE, OWNERSHIP OF SAID VESSEL IS TRANSFERRED TO **CARLOS RAFAEL** FREE AND CLEAR OF ANY AND ALL LIENS OR ENCUMBREANCES OF ANY KIND.

**8. SIGNATURE AND ACKNOWLEDGMENT:** [signature] CDUSM

ON November 15, 2004 THE
(DATE)
PERSON (S) NAMED ABOVE ACKNOWLEDGED EXECUTION
OF THE FOREGOING INSTRUMENT IN THEIR STATED
CAPACITY (IES) FOR THE PURPOSE THEREIN CONTAINED.

STATE: MASSACHUSETTS
COUNTY: SUFFOLK

NOTARY PUBLIC,
[signature]
William J. Ryan
MY COMMISSION EXPIRES: May 20, 2005
(DATE)

PREVIOUS EDITION OBSOLETE                                          SN 7530-00-F01-1070

REVERSE OF CG-1356 (REV. 9-92)

**(COMPLETE THIS SECTION ONLY IF VESSEL HAS NEVER BEEN DOCUMENTED AND DOES NOT HAVE A HULL IDENTIFICATION NUMBER.)**

**VESSEL DATA**

A. BUILDER

B. BUILDER'S HULL NUMBER

C. FORMER NAME

D. FORMER MOTORBOAT NUMBERS

E. FORMER ALIEN REGISTRATIONS

F. DIMENSIONS: L=        B=        D=

G. PERSON FROM WHOM SELLER OBTAINED VESSEL

SIGNATURE OF SELLER

# INSTRUCTIONS

1. INDICATE CURRENT DOCUMENTED NAME. (IF VESSEL HAS NEVER BEEN DOCUMENTED SELLER MUST COMPLETE AND SIGN DATA SECTION ABOVE.)

2. INDICATE OFFICIAL NUMBER AWARDED TO VESSEL OR HULL IDENTIFICATION NUMBER ASSIGNED BY MANUFACTURER. (IF THE VESSEL HAS NO HULL IDENTIFICATION NUMBER AND HAS NEVER BEEN DOCUMENTED, SELLER MUST COMPLETE AND SIGN THE VESSEL DATA SECTION ABOVE.)

3. INSERT NAMES AND ADDRESSES OF ALL PERSONS EXECUTING INSTRUMENT AND THEIR CAPACITY. LIST THE NAME AND ADDRESS OF THE AGENCY IF APPLICABLE.

4. SELF-EXPLANATORY.

5. LIST THE NAME(S) AND ADDRESS(ES) OF THE BUYERS.

5A. LIST THE INTEREST TRANSFERRED TO THE BUYER(S) NAMED ABOVE.

5B. CHECK THE MANNER OF OWNERSHIP. UNLESS OTHERWISE STATED, THIS BILL OF SALE CREATES A TENANCY IN COMMON WITH EACH TENANT OWNING AN UNDIVIDED INTEREST.

6. SELF-EXPLANATORY. USE "REMARKS" SECTION ABOVE IF VESSEL IS NOT SOLD FREE AND CLEAR, OR TO LIST VESSEL APPURTENANCES WHICH ARE NOT SOLD WITH THE VESSEL.

7. SELF-EXPLANATORY.

8. THIS SECTION MUST BE COMPLETED BY A NOTARY PUBLIC OR OTHER PERSON AUTHORIZED TO TAKE ACKNOWLEDGMENTS OF DEEDS UNDER THE LAWS OF A STATE OR THE UNITED STATES. IF THERE ARE MULTIPLE SIGNATORIES TO THIS BILL OF SALE, EACH MUST MAKE AN ACKNOWLEDGMENT BEFORE A NOTARY. ATTACHMENTS SHOWING THOSE APPEARANCES ARE PERMITTED.

NOTE: THIS INSTRUMENT WILL BE INELIGIBLE FOR FILING AND RECORDING IF ALTERED AFTER EXECUTION AND ACKNOWLEDGMENT. ANY ALTERATIONS MADE PRIOR TO EXECUTION MUST BE ATTESTED BY THE PERSON TAKING THE ACKNOWLEDGMENT.

# PRIVACY ACT STATEMENT

IN ACCORDANCE WITH 5 USC 552(A), THE FOLLOWING INFORMATION IS PROVIDED TO YOU WHEN SUPPLYING PERSONAL INFORMATION TO THE U.S. COAST GUARD.

1. <u>AUTHORITY</u>. SOLICITATION OF THIS INFORMATION IS AUTHORIZED BY 46 USC, CHAPTER 313 AND 46 CFR, PART 67.

2. THE <u>PRINCIPAL PURPOSES</u> FOR WHICH THIS INSTRUMENT IS TO BE USED ARE:

   (A) TO PROVIDE A RECORD, AVAILABLE FOR PUBLIC INSPECTION AND COPYING, OF THE SALE OR OTHER CHANGE IN OWNERSHIP OF A VESSEL WHICH IS DOCUMENTED, WILL BE DOCUMENTED, OR HAS BEEN DOCUMENTED PURSUANT TO 46 USC, CHAPTER 121.
   (B) PLACEMENT OF THIS INSTRUMENT IN A BOOK FOR EXAMINATION BY GOVERNMENTAL AUTHORITIES AND MEMBERS OF THE GENERAL PUBLIC.

3. THE <u>ROUTINE USE</u> WHICH MAY BE MADE OF THIS INFORMATION INCLUDES DEVELOPMENT OF STATISTICAL DATA CONCERNING DOCUMENTED VESSELS.

4. DISCLOSURE OF THE INFORMATION REQUESTED ON THIS FORM IS VOLUNTARY, HOWEVER, FAILURE TO PROVIDE THE INFORMATION COULD PRECLUDE FILING OF A BILL OF SALE AND DOCUMENTATION OF THE VESSEL NAMED HEREIN PURSUANT TO 46 USC, CHAPTER 121. MOREOVER, BILLS OF SALE WHICH ARE NOT FILED ARE NOT DEEMED TO BE VALID EXCEPT AGAINST ANY PERSON EXCEPT THE GRANTOR OR A PERSON HAVING ACTUAL KNOWLEDGE OF THE SALE. (46 USC 31321(A)).

THE COAST GUARD ESTIMATES THAT THE AVERAGE BURDEN FOR THIS FORM IS 20 MINUTES. YOU MAY SUBMIT ANY COMMENTS CONCERNING THE ACCURACY OF THIS BURDEN ESTIMATE OR MAKE SUGGESTIONS FOR REDUCING THE BURDEN TO: COMMANDANT (G-MVI), U.S. COAST GUARD, WASHINGTON, DC 20593-0001 OR OFFICE OF MANAGEMENT AND BUDGET, OFFICE OF INFORMATION AND REGULATORY AFFAIRS, ATTENTION: DESK OFFICER FOR DOT/USCG, OLD EXECUTIVE OFFICE BUILDING, WASHINGTON, DC 20503.

*U.S. Government Printing Office 1992-312-673/62945