# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF MASSACHUSETTS

VICTOR P. CAPALDI )
**Plaintiff** )
)
) **Civil Action**
) **No. 04-10843-JLT**
)
**v.** )
)
)
F/V GEORGIE J, her engines, boilers, equipment, )
machinery, tackle, furnishings, apparel, appurtenances, )
etc., including, but not limited to, its commercial fishing )
licenses, permits, limited entry rights, quotas, moratorium )
permits/licenses, and all other fishing rights, history, )
privileges, or entitlements arising from, issued to, )
attaching to, or appurtenant to said vessel, *in rem* )
**Defendant** )
)
)

## PLAINTIFF'S MOTION FOR ORDER OF DISBURSEMENT OF COSTS ASSOCIATED WITH ARREST OF F/V GEORGIE J

Now comes the Plaintiff, Victor Capaldi, and pursuant to the Supplemental Rules for Certain Admiralty and Maritime Matter of the Federal Rules of Civil Procedure hereby moves this Honorable Court for an order directing the Clerk of Court to reimburse the Plaintiff's attorney for certain custodia legis expenses of arresting, safekeeping Defendant vessel F/V GEORGIE J (O.N. 502064), her engines, boilers, equipment, machinery, tackle, furnishings, apparel, appurtenances, etc., including the costs associated with the sale, costs incurred by the United States Marshals Service and/or court appointed substitute custodian.

As grounds the Plaintiff states the following:

1). Pursuant to this Honorable Court order of September 24, 2004, the F/V

GEORGIE J was sold at public auction by the United States Marshal on October 20, 2004 to the highest bidder, Mr. Carlos Rafael, 77 Tucker Lane, North Dartmouth, Massachusetts, 02747, for the amount of One Million Seven Hundred Thousand 00/100 Dollars ($1,700,000.00). A deposit of One Hundred Thousand Dollars ($100,000.00) was paid by Mr. Carlos Rafael to the Marshals Service at the time of the auction. On November 15, 2004, upon confirmation of the sale of the F/V GEORGIE J, the balance due and owing of One Million Six Hundred Thousand and 00/100 dollars ($1,600,00.00) was deposited into the registry of the court to be disposed of according to law.

2). In accordance with the provisions of Supplemental Rule E(4)(e) and 28 U.S.C. § 1921(a)(2), Plaintiff made an initial deposit of $2,000.00 with the United States Marshal, to cover the expenses of arrest and safe-keeping of F/V GEORGIE J.

3). The Plaintiff has received notice from the United States Marshal's Office that from the initial deposit of $2,000.00 a balance of $102.40 is due the Plaintiff and a refund will be forthcoming. *Exhibit A.* The amount of $1,897.60 was used by the United States Marshals to pay the expenses of the arrest and safe-keeping of the defendant vessel, including service of process, travel expenses, insurance fee, seizure fee and the preparation and issuance of the Bill of Sale to the highest bidder.

4). In accordance with 28 U.S.C. § 1921, the U.S. Marshal is entitled to a commission to be taken from the proceeds of the sale. Based on the sale of $1,700,000.00, the total commission due the U.S. Marshals was $25,515.00. *Exhibit A.* The U.S. Marhsal prior to depositing the money into the Registry of Court subtracted its commission of $25,515.00.

5). That the Order Appointing Substitute Custodian entered herein on April 28, 2004,

appointed Fairhaven Shipyard as substitute custodian of the F/V GEORGIE J to retain the same in its custody in lieu of the United States Marshal during the pendency of the is action. The Order also provided that "all expenses incurred by the substitute custodian of towage, upland storage and/or wharfage, safekeeping and preservation of defendant Vessel shall be deemed *in custodia legis* expenses of the United States Marshal."

6).    Fairhaven Shipyard was in custody of the F/V GEORGIE J from May 4, 2004 to November 16, 2004. The costs incurred in storage and safe keeping of the F/V GEORGIE J was $30,835.48. An itemization of the costs from Fairhaven Shipyard is reflected in the attached bills from Fairhaven Shipyard. *Exhibit B.*

7).    In addition to the foregoing charges, the Plaintiff incurred related expenses:

1.    Plaintiff paid the the amount of $647.80 for the Notice of Arrest of the vessel which was published in the Standard Times on June 15 and 22, 2004. *Exhibit C.*

2.    Plaintiff paid the amount of $823.64 for the Notice of Arrest of the vessel which was published in the Boston Herald on June 15 and 22, 2004. *Exhibit D.*

3.    Plaintiff paid the amount of $1,990.80 for the Notice of Sale of the vessel which was published in the Standard Times on September 30, 2004, October 1, 7 and 8. *Exhibit E.*

4.    Plaintiff paid the amount of $2,596.56 for the Notice of Sale of the vessel which was published in the Boston Herald on September 30, 2004, October 1, 7, and 8. *Exhibit F.*

5.    Plaintiff paid the amount of $608.00 for the Notice of Sale of the vessel

which was published in Boats & Harbors. *Exhibit G.*

The foregoing costs of publication were incurred by the Plaintiff pursuant to the Court's Order of September 24, 2004 which required publication in the Standard Times and the Boston Herald.  Plaintiff additional publication in Boats and Harbors, a bi weekly trade magazine, was to create greater publicity and increase the awareness of the sale in order to have an auction with all potential bidders at the sale.

A summary of the costs by the U.S. Marshals Service and Latti and Anderson LLP is as follows:

## LATTI & ANDERSON LLP COSTS INCURRED

| | |
|---|---|
| Fairhaven Shipyard Costs | $30,835.48 |
| Standard Times publication costs | $ 2,638.60 |
| Boston Herald publication costs | $ 3,420.20 |
| Boats and Harbors publication costs | $   608.00 |
| Cost/Expenses US Marshals | $ 1,897.60 |
| **TOTAL** | **$39,399.88** |

Based on the foregoing costs, the Plaintiff requests that this Honorable Court issue an order directing that from the proceeds of the sale of the F/V GEORGIE J that are in deposit in the Registry of the Court that the Clerk of Court pay to Latti & Anderson LLP the sum of $39,399.88 for the aforesaid expenses of arrest and upkeep.

WHEREFORE, the Plaintiff, respectfully request for the entry of an order directing that from the proceeds of the sale of the F/V GEORGIE J that are in deposit in the Registry of the Court that the Clerk of Court pay to Latti & Anderson LLP, 30-31 Union Wharf, Boston,

Massachusetts, 02109 the sum of $39,399.88 for the aforesaid expenses of arrest with the balance of the interlocutory sale proceeds to remain in the registry of the Court to abide the event of this action and further proceedings therein.

A proposed order setting forth the above-requested terms and conditions is being filed herewith.

Respectfully submitted,
VICTOR CAPALDI,
By his attorney,

Carolyn M. Latti
BBO # 567-394
David F. Anderson
BBO # 560-994
LATTI & ANDERSON LLP
30-31 Union Wharf
Boston, MA 02109
Tel. (617) 523-1000

DATED: 12-2-04

**A**



**U. S. Department of Justice**

United States Marshals Service

*District of Massachusetts*

PLAINTIFF'S EXHIBIT

*U.S. Courthouse*
*1 Courthouse Way, Suite # 1-500*
*Boston, Massachusetts 02210*

November 2, 2004

RECEIVED
NOV 08 2004
LATTI & ANDERSON

Carolyn M. Latti
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109

Dear Carolyn M. Latti:

RE:  F/V "GEORGIE J." CV-04-10843-JLT

I am enclosing a current list of the service fees for Vessel F/V "GEORGIE J." CV-04-10843-JLT.

| | |
|---|---:|
| **Initial Deposit** | **$2,000.00** |
| Seizure fee | -493.80 |
| May 2004 Insurance fee | -140.00 |
| June 2004 Insurance fee | -150.00 |
| July 2004 Insurance fee | -155.00 |
| August 2004 Insurance fee | -155.00 |
| September 2004 Insurance fee | -150.00 |
| Service of Sales & Mileage Fee | -403.80 |
| October 2004 Insurance fee | -155.00 |
| November Insurance fee | -75.00 |
| Fee for preparing a Bill of Sale | -20.00 |
| **Balance** | $102.40 |

The balance of $102.40  will be reimbursed and send to your office at the end of the month of November.

In accordance with 28 U.S.C. § 1921, the U.S. Marshal is entitled to his or her fees, commission, and expenses; said amounts to be taken from the proceeds of the sale. The balance is then, paid into the Registry of the Court.

Pending to pay:  F/V "GEORGIE J." CV-04-10843-JLT, sold on Public Auction on October 20, 2004 for the amount of **$1,700,000.00**.

Commission of Sales:

| | | |
|---|---|---:|
| On the first $1,000 collected, ($1,000.00 x 3%) | = | $ 30.00 |
| On the amount in excess of $1,000, ($1,699,000.00  x 1.5%) = | | $25,485.00 |
| | Total Commission of sales: | **$25,515.00** |

RE:  F/V "GEORGIE J. " CV-04-10843-JLT                     2                              November 2, 2004

Vessel sold on Public Auction for the amount of:   $1,700,000.00
                                   Less Deposit:    -100,000.00
                   Pending balance to be paid:   $1,600,000.00

Vessel "GEORGIE J." sold for the total amount of:  $1,700,000.00
                   Less USMS's commission :    -25,515.00
   Amount to be paid into the Registry of the Court: $1,674,485.00

        Please be advised that the balance of $1,600,000.00 shall be paid after the Hearing of
Confirmation of Sale and before issuing the Bill of Sale.  Check must be payable to US Marshals
Service at the address above.

        If there should be any questions, please feel free to contact me at 617-748-2511.  Thank
you for your cooperation and assistance in this matter.

Sincerely,

Nancy Talavera

Nancy Talavera
Civil Clerk

**B**

**FAIRHAVEN SHIPYARD, INC.**
50 Fort Street
Fairhaven, MA 02719
(508) 996-8591
FAX (508) 992-1326

PAGE # 1

RECEIVED
MAY 10 2004
Work Order # : 502379
LATTI & ANDERSON LLP

Customer ID : 01311 LATTI & ANDERSO

*Caparelli*

PLAINTIFF'S
EXHIBIT
B

Address    LATTI & ANDERSON LLP
         : 30-31 UNION WHARF
           BOSTON, MA 02109

Phone      : ( )   -
t ID       : 001321
t Make     :
t Name     : GEORGE J

Invoice #   : 915868
Start Date  : 05/04/04
Completed   : NO

| ration | Date | Part # | Description | Qty | Price | Hours | Labor |
|---|---|---|---|---|---|---|---|
| SEIZE VESSEL WITH US MARSHALL | 05/04/04 | | SEIZE VESSEL WITH US MARSHALL AND TAKE INVENTORY | | | 2.00 | 112.00 |
| | | | | LABOR : | | | 112.00 |
| MISC. MECHANICAL SECURE VESSEL FOR STORAGE WHILE VESSEL SEIZED AT SHIPYARD. REMOVE PERISHABLES, ELECTRONICS, ETC. CHECK VESSEL DAILY. | 05/05/04 | ;CRRR | DEAD BOLT LOCK | 2.000 | 90.00 | | |
| | 05/05/04 | ;DKOM | H.D. PADLOCK | 3.000 | 64.14 | | |
| | 05/05/04 | oilzorbs | Oil Absorbent Pads, | 10.000 | 7.50 | | |
| | 05/05/04 | 1547T27 | 3-1/4 X 1-5/8 WIRE T | 1.000 | 14.26 | | |
| | 05/04/04 | | REPLACE DEAD BOLT LOCKS ON PILOT HOUSE DOORS | | | 1.50 | 97.50 |
| | 05/04/04 | | TIGHT ON PACKING AND CUT OFF LOCKS | | | 1.00 | 65.00 |
| | 05/04/04 | | INSPECT AND SECURE VESSEL | | | 4.50 | 292.50 |
| | 05/05/04 | | SECURE DRAGS, LIFT RAFT AND WELD DOWN FUEL COVERS | | | 2.00 | 130.00 |
| | 05/05/04 | | CHARGE BATTS, RUN 220 VOLT. GEN. SET FOR ON BOARD WELDING, CHECK BILGES, CLEAN AND REMOVE OIL FROM DISMANTLED GENERATOR AND REMOVE ELECTRONICS | | | 6.50 | 422.50 |
| | 05/05/04 | | REMOVE ELECTRONICS | | | 6.00 | 390.00 |
| | 05/06/04 | | REMOVE ELECTRONICS, RUN GEN. SET, CHARGE BATTS, PUMP BILGES, PUMP OUT FISH HOLD, REMOVE AND SECURE ALL EPIRBS | | | 6.50 | 422.50 |
| | 05/06/04 | | REMOVE AND TAG ELECTRONIC AND WIRING | | | 4.00 | 260.00 |
| | | | | PARTS : | 175.90 | | |
| | | | | LABOR : | | | 2,080.00 |
| SUB-CONTRACTOR CHARLIE MITCHELL TO TOW VESSEL | 05/07/04 | PO #: 063346 | MITCHELL TOWING & SA | | 843.75 | | |

**FAIRHAVEN SHIPYARD, INC.**            PAGE # 2
50 Fort Street
Fairhaven, MA 02719
(508) 996-8591
FAX (508) 992-1326

ustomer ID : 01311 LATTI & ANDERSO                    Work Order # : 502379

| | | | |
|---|---|---|---|
| FROM NEW BEDFORD TO SHIPYARD. | | TOW VESSEL FROM NEW BEDFORD TO FAIRHAVEN SHIPYARD. | |
| | | SUBLETS : | 843.75 |
| 9.1   STORAGE FEE 100.00 PER DAY. | 05/04/04 - 05/07/04 LAYDY   LAYDAYS | | 400.00 |
| | | OTHER : | 400.00 |
| | | TOTAL PARTS & LABOR : | 1,019.65 | 2,192.00 |
| | | TOTAL OTHER & DISC : | 400.00 | 0.00 |

============================================================================================================================

============================================================================================================================

| K ORDER PRICE SUMMARY | | | CHARGE CUSTOMER SUMMARY | | |
|---|---|---|---|---|---|
| al Parts | : | 175.90 | Amount Previously Billed : | | 0.00 |
| al Labor | : | 2,192.00 | Payments Received | : | 0.00 |
| al Other Chgs. : | | 400.00 | | | |
| c. Supplies | : | 0.00 | Current Charges | : | 3,620.45 |
| ipment Charges : | | 0.00 | BALANCE DUE UPON RECEIPT : | | 3,620.45 |
| ight Charges | : | 0.00 | | | |
| eage Charges | : | 0.00 | | | |
| let Charges | : | 843.75 | | | |
| iron. Charges : | | 0.00 | | | |
| er Charges | : | 0.00 | | | |
| al Labor Disc : | | 0.00 | | | |
| al Parts Disc : | | 0.00 | | | |
| al Haul/Launch : | | 0.00 | | | |
| al Powerwash | : | 0.00 | | | |
| al Laydays | : | 0.00 | | | |
| al Electrical : | | 0.00 | | | |
| es Tax | : | 8.80 | | | |
| | | 3,620.45 | | | |

# FAIRHAVEN SHIPYARD, INC.                    PAGE # 1
## 50 FORT STREET
## FAIRHAVEN, MA 02719
## (508) 996-8591
## FAX (508) 992-1326

CUSTOMER ID : 01311 LATTI & ANDERSO              WORK ORDER # : 502379

RECEIVED
MAY 1 8 2004
LATTI & ANDERSON LLP

ADDRESS    :    LATTI & ANDERSON LLP
                30-31 UNION WHARF
                BOSTON, MA 02109

PHONE      : ( )   -
BOAT ID    : 001321                  INVOICE #   : 915953
BOAT MAKE  :                         START DATE  : 05/04/04
BOAT NAME  : GEORGE J                COMPLETED   : NO

===================================================================================================
OPERATION                    DATE     PART #    DESCRIPTION              QTY    PRICE  HOURS   LABOR
===================================================================================================

9   MISC. MECHANICAL SECURE
    VESSEL FOR STORAGE WHILE     05/07/04  RUN GEN. SET, CHARGE BATTS, CHECK BILGE      1.00   65.00
    VESSEL SEIZED AT                       AND PUMP OUT FISH HOLD
    SHIPYARD. REMOVE             05/08/04  RUN GEN. SET, CHARGE BATTS, CHECK BILGE      1.00   65.00
    PERISHABLES, ELECTRONICS,              AND PUMP OUT FISH HOLE
    ETC. CHECK VESSEL DAILY.     05/10/04  RUN GEN. SET, CHARGE BATTS AND PUMP OUT      1.00   65.00
                                           FISH HOLD
                                 05/11/04  START GEN. SET AND INSPECT BILGES            1.00   65.00
                                 05/12/04  INSPECT VESSEL AND RUN GEN SET               1.00   65.00
                                 05/13/04  RUN GEN. SET, CHARGE BATTS AND CHECK         1.00   65.00
                                           BILGES
                                 05/14/04  RUN GEN. SET, BILGES AND CHARGE BATTS        1.00   65.00
                                 05/15/04  RUN GEN. SET, DRAIN HOLD/BILGES AND          1.00   65.00
                                           INSPECT
                                 05/15/04  PUMP OUT FISH HOLD AND INSPECT               0.50   32.50
                                                                            ----------      ----------
                                                                      LABOR :                  552.50

.1  STORAGE FEE 100.00 PER
    DAY.               05/08/04 - 05/17/04 DOCK       DOCKAGE           1,000.00
                                                                            ----------      ----------
                                                                      OTHER : 1,000.00

                                                                          ==========      ==========
     PAID:              PAID:                  TOTAL PARTS & LABOR :        0.00           552.50
                                               TOTAL OTHER & DISC  :    1,000.00             0.00
MAY 2 4 2004      MAY ___ ?4
                       AMOUNT:
AMOUNT:                CHECK #:
CHECK #:
===================================================================================================
===================================================================================================

**FAIRHAVEN SHIPYARD, INC.**
50 FORT STREET
FAIRHAVEN, MA 02719
(508) 996-8591
FAX (508) 992-1326

PAGE # 2

CUSTOMER ID : 01311 LATTI & ANDERSO

WORK ORDER # : 502379

RK ORDER PRICE SUMMARY
----------------------

| | | |
|---|---|---|
| TAL PARTS | : | 0.00 |
| TAL LABOR | : | 552.50 |
| TAL OTHER CHGS. | : | 1,000.00 |
| SC. SUPPLIES | : | 0.00 |
| UIPMENT CHARGES | : | 0.00 |
| EIGHT CHARGES | : | 0.00 |
| EAGE CHARGES | : | 0.00 |
| BLET CHARGES | : | 0.00 |
| VIRON. CHARGES | : | 0.00 |
| HER CHARGES | : | 0.00 |
| TAL LABOR DISC | : | 0.00 |
| TAL PARTS DISC | : | 0.00 |
| AL HAUL/LAUNCH | : | 0.00 |
| TAL POWERWASH | : | 0.00 |
| AL LAYDAYS | : | 0.00 |
| AL ELECTRICAL | : | 0.00 |
| ES TAX | : | 0.00 |
| | | ========== |
| | | 1,552.50 |

CHARGE CUSTOMER SUMMARY
-----------------------

| | | |
|---|---|---|
| AMOUNT PREVIOUSLY BILLED | : | 3,620.45 |
| PAYMENTS RECEIVED | : | 0.00 |
| | | |
| CURRENT CHARGES | : | 1,552.50 |
| BALANCE DUE UPON RECEIPT | : | 5,172.95 |

**FAIRHAVEN SHIPYARD, INC.**          PAGE # 1
50 FORT STREET
FAIRHAVEN, MA 02719
(508) 996-8591
FAX (508) 992-1326

USTOMER ID : 01311 LATTI & ANDERSO

RECEIVED
WORK ORDER # : 502879
MAY 26 2004
LATTI & ANDERSON LLP

```
                LATTI & ANDERSON LLP
DDRESS     : 30-31 UNION WHARF
                BOSTON, MA 02109
```

```
ONE      : ( )    -                              INVOICE #  : 916033
T ID     : 001321                                START DATE : 05/04/04
T MAKE   :                                       COMPLETED  : NO
T NAME   : GEORGE J
```

| RATION | DATE | PART # | DESCRIPTION | QTY | PRICE | HOURS | LABOR |
|--------|------|--------|-------------|-----|-------|-------|-------|
| MISC. MECHANICAL SECURE VESSEL FOR STORAGE WHILE VESSEL SEIZED AT SHIPYARD. REMOVE PERISHABLES, ELECTRONICS, ETC. CHECK VESSEL DAILY. | 05/20/04 | 4606-55/40MB | ABUS 1/4 BRASS PADLO | 2.000 | 13.00 | | |
| | 05/17/04 | | GENERAL INSPECTION, DRAIN BILGES AND FISH HOLD AND RUN GEN. SET | | | 1.00 | 65.00 |
| | 05/18/04 | | RUN GEN. SET, PUMP OUT BILGES AND FISH HOLD | | | 1.00 | 65.00 |
| | 05/18/04 | | INSPECT AND PUMP OUT FISH HOLD | | | 0.50 | 32.50 |
| | 05/19/04 | | RUN GEN. SET, DRAIN FISH HOLD AND INSPECT | | | 1.00 | 65.00 |
| | 05/20/04 | | INSPECTION, DRAIN BILGES AND FISH HOLD | | | 1.00 | 65.00 |
| | 05/21/04 | | INSPECT AND DRAIN BILGE AND FISH HOLDS | | | 1.00 | 65.00 |
| | 05/22/04 | | RUN GEN. SET, PUMP OUT BILGE AND FISH HOLD | | | 1.00 | 65.00 |

```
                                                ----------        ----------
                                        PARTS :     13.00
                                        LABOR :                       422.50
```

```
1    STORAGE FEE 100.00 PER
     DAY.        05/18/04 - 05/24/04 DOCK     DOCKAGE          700.00
```

```
                                                ----------        ----------
          PAID:                          OTHER :    700.00
```

```
     JUN  3 2004
          AMOUNT:  1136.15           TOTAL PARTS & LABOR :    13.00       422.50
          CHECK #: 106066            TOTAL OTHER & DISC  :   700.00         0.00
```

**FAIRHAVEN SHIPYARD, INC.**                        PAGE # 2
50 FORT STREET
FAIRHAVEN, MA 02719
(508) 996-8591
FAX (508) 992-1326

USTOMER ID : 01311 LATTI & ANDERSO                    WORK ORDER # : 502379

RK ORDER PRICE SUMMARY                    CHARGE CUSTOMER SUMMARY
---------------------                     -----------------------
TAL PARTS        :    13.00        AMOUNT PREVIOUSLY BILLED :  5,172.95
TAL LABOR        :   422.50        PAYMENTS RECEIVED        :      0.00
TAL OTHER CHGS.  :   700.00
SC. SUPPLIES     :     0.00        CURRENT CHARGES          :  1,136.15
UIPMENT CHARGES  :     0.00        BALANCE DUE UPON RECEIPT :  6,309.10
EIGHT CHARGES    :     0.00
LEAGE CHARGES    :     0.00
BLET CHARGES     :     0.00
VIRON. CHARGES   :     0.00
HER CHARGES      :     0.00
TAL LABOR DISC   :     0.00
TAL PARTS DISC   :     0.00
AL HAUL/LAUNCH   :     0.00
AL POWERWASH     :     0.00
AL LAYDAYS       :     0.00
AL ELECTRICAL    :     0.00
ES TAX           :     0.65
                 ==========
                   1,136.15

FAIRHAVEN SHIPYARD
50 FORT STREET
FAIRHAVEN, MA 02719
 (508) 996 - 8591

PAGE 1

RECEIVED
JUN 04 2004
LATTI & ANDERSON LLP

LATTI & ANDERSON LLP
30-31 UNION WHARF
BOSTON, MA 02109

- - STATEMENT - - -

| ACCT No. | DATE |
|----------|------|
| 01311 | 06/02/04 |

GEORGE J

| DATE | INVOICE | DESCRIPTION | CHARGES | PAYMENTS | BALANCE |
|------|---------|-------------|---------|----------|---------|
| 05/07/04 | 915868 | 502379 : WO BILLING | 3,620.45 | | 3,620.45 |
| 05/17/04 | 915953 | 502379 : WO BILLING | 1,552.50 | | 5,172.95 |
| 05/24/04 | 916033 | 502379 : WO BILLING | 1,136.15 | | 6,309.10 |
| 05/26/04 | 10657 | PAYMENT RECEIVED | | 5,172.95 | 1,136.15 |
| 06/02/04 | 916161 | 502379 : WO BILLING | 1,420.00 | | 2,556.15 |

paid 6/11/04
$ 1,420.00
# 10690

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | AMOUNT DUE |
|---------|---------|---------|---------|------------|
| 2,556.15 | 0.00 | 0.00 | 0.00 | 2,556.15 |

INVOICES DUE UPON RECEIPT-1.5% PER MO. ON INVOICES OVER 30 DAYS

**FAIRHAVEN SHIPYARD, INC.**          PAGE # 1
50 FORT STREET
FAIRHAVEN, MA 02719
(508) 996-8591
FAX (508) 992-1326

USTOMER ID : 01311 LATTI & ANDERSO                    WORK ORDER # : 502379


LATTI & ANDERSON LLP
DDRESS    : 30-31 UNION WHARF
BOSTON, MA 02109

ONE      : ( )   -
T ID     : 001321                          INVOICE #   : 916161
T MAKE   :                                 START DATE  : 05/04/04
T NAME   : GEORGE J                        COMPLETED   : NO

| RATION | DATE | PART # | DESCRIPTION | QTY | PRICE | HOURS | LABOR |
|---|---|---|---|---|---|---|---|
| MISC. MECHANICAL SECURE VESSEL FOR STORAGE WHILE VESSEL SEIZED AT SHIPYARD. REMOVE PERISHABLES, ELECTRONICS, ETC. CHECK VESSEL DAILY. | 05/24/04 | | PUMP OUT FISH HOLD FOR LAST TIME, CLEAN OIL FROM LEAKING GEN. SET, CHARGE BATTS AND INSPECT BILGES | | | 1.50 | 97.50 |
| | 05/25/04 | | CHECK BILGES, RUN GEN. SET AND CHARGE BATTERIES | | | 1.00 | 65.00 |
| | 05/26/04 | | RUN GEN. SET, PUMP BILGE, CHARGE BATTS, REMOVE OIL ZORBS FROM ENG. ROOM | | | 1.00 | 65.00 |
| | 05/27/04 | | DRAIN BILGES AND CHARGE BATTS | | | 1.00 | 65.00 |
| | 05/28/04 | | PUMP BILGES AND FISH HOLD | | | 1.00 | 65.00 |
| | 05/29/04 | | CHECK BILGES AND PUMP, RUN GEN. SET AND CHARGE BATTS | | | 1.50 | 97.50 |
| | 06/01/04 | | RUN GEN. SET, CHARGE BATTS AND CHECK BILGES | | | 1.00 | 65.00 |

LABOR :                                                      520.00

1   STORAGE FEE 100.00 PER
DAY.          05/25/04 - 06/02/04 DOCK        DOCKAGE          900.00

OTHER :          900.00

TOTAL PARTS & LABOR :     0.00          520.00
TOTAL OTHER & DISC  :   900.00            0.00

**FAIRHAVEN SHIPYARD, INC.**          PAGE # 1
50 FORT STREET
FAIRHAVEN, MA 02719
(508) 996-8591
FAX (508) 992-1326

CUSTOMER ID : 01311 LATTI & ANDERSO

WORK ORDER # : 502379

**RECEIVED**
JUN 14 2004
LATTI & ANDERSON LLP

PAID:

JUN 1 8 2004
AMOUNT: 1,678.38
CHECK #: 10709

ADDRESS : LATTI & ANDERSON LLP
30-31 UNION WHARF
BOSTON, MA 02109

PHONE    : ( )   -
BOAT ID   : 001321
BOAT MAKE  :
BOAT NAME  : GEORGE J

INVOICE #  : 916230
START DATE : 05/04/04
COMPLETED  : NO

| OPERATION | DATE | PART # | DESCRIPTION | QTY | PRICE | HOURS | LABOR |
|---|---|---|---|---|---|---|---|
| MISC. MECHANICAL SECURE VESSEL FOR STORAGE WHILE VESSEL SEIZED AT SHIPYARD. REMOVE PERISHABLES, ELECTRONICS, ETC. CHECK VESSEL DAILY. | 06/05/04 | OilZorbs | OIL ABSORBENT PADS, | 6.000 | 4.50 | | |
| | 06/05/04 | Cotton-Rags | COTTON RAGS, LB. | 1.000 | 3.00 | | |
| | 06/03/04 | | RUN GEN. SET, CHARGE BATTS AND CHECK BATTS | | | 1.00 | 67.00 |
| | 06/04/04 | | RUN GEN. SET, CHARGE BATTS AND CHECK BILGES | | | 1.00 | 67.00 |
| | 06/05/04 | | CHANGE GEN., OIL AND FILTER, CHARGE SYSTEM AND GENERAL MAINT. INSPECTION | | | 3.00 | 201.00 |
| | 06/05/04 | | CHANGE OIL IN 6 CYL. GEN SET, CHARGE BATTS, RESET LINES TO DOCK, CHECK BOAT AND CLEAN UP | | | 4.00 | 268.00 |
| | 06/09/04 | | RUN GEN. SET, DRAIN BILGE AND FISH HOLD | | | 1.00 | 67.00 |
| | 06/10/04 | | RUN GEN. SET, DRAIN BILGE, FISH HOLD AND SECURE VESSEL | | | 1.50 | 100.50 |

PARTS : 7.50
LABOR : 770.50

| 1 | STORAGE FEE 100.00 PER DAY. | 06/03/04 - 06/11/04 | DOCK | DOCKAGE | 900.00 | | |

OTHER : 900.00

TOTAL PARTS & LABOR : 7.50        770.50
TOTAL OTHER & DISC : 900.00        0.00

**FAIRHAVEN SHIPYARD, INC.**                    PAGE # 1
50 FORT STREET
FAIRHAVEN, MA 02719
(508) 996-8591
FAX (508) 992-1326

CUSTOMER ID : 01311 LATTI & ANDERSO

WORK ORDER # : 502379

RECEIVED
JUN 21 2004
LATTI & ANDERSON LLP

ADDRESS    :  LATTI & ANDERSON LLP
             30-31 UNION WHARF
             BOSTON, MA 02109

PHONE      : ( )  -
BOAT ID    : 001321          INVOICE #  : 916307
BOAT MAKE  :                 START DATE : 05/04/04
BOAT NAME  : GEORGE J        COMPLETED  : NO

| DESCRIPTION | DATE | PART # | DESCRIPTION | QTY | PRICE | HOURS | LABOR |
|---|---|---|---|---|---|---|---|
| MISC. MECHANICAL SECURE VESSEL FOR STORAGE WHILE VESSEL SEIZED AT SHIPYARD. REMOVE PERISHABLES, ELECTRONICS, ETC. CHECK VESSEL DAILY. | 06/11/04 | | RUN GEN. SET, DRAIN BILGE AND FISH HOLD | | | 1.50 | 100.50 |
| | 06/11/04 | | CHECK WIRING TO TAKE LESS OF LOAD OFF BATTERY SYSTEM | | | 1.50 | 100.50 |
| | 06/15/04 | | RUN GENERATOR, CHARGE BATTERIES, DRAIN BILGES AND FISH HOLD | | | 1.00 | 67.00 |
| | 06/16/04 | | RUN GENERATOR, PUMP OUT BILGE AND FISH HOLD | | | 1.00 | 67.00 |

                                                    LABOR :                335.00

| STORAGE FEE 100.00 PER DAY. | 06/12/04 - 06/18/04 | DOCK | DOCKAGE | | 700.00 | | |

                                                    OTHER :    700.00

                              TOTAL PARTS & LABOR :      0.00         335.00
                              TOTAL OTHER & DISC :     700.00           0.00

PAID:
JUN 24 2004
AMOUNT: 1035
CHECK #: 10726

**FAIRHAVEN SHIPYARD, INC.**     PAGE # 1
50 FORT STREET
FAIRHAVEN, MA 02719
(508) 996-8591
FAX (508) 992-1326

CUSTOMER ID : 01311 LATTI & ANDERSO

RECEIVED
JUN 28 2004
LATTI & ANDERSON LLP

WORK ORDER # 2004502379

ADDRESS :
LATTI & ANDERSON LLP
30-31 UNION WHARF
BOSTON, MA 02109

PHONE : ( ) -
BOAT ID : 001321
BOAT MAKE :
BOAT NAME : GEORGE J

INVOICE # : 916361
START DATE : 05/04/04
COMPLETED : NO

| OPERATION | DATE | PART # | DESCRIPTION | QTY | PRICE | HOURS | LABOR |
|---|---|---|---|---|---|---|---|
| MISC. MECHANICAL SECURE VESSEL FOR STORAGE WHILE VESSEL SEIZED AT SHIPYARD. REMOVE PERISHABLES, ELECTRONICS, ETC. CHECK VESSEL DAILY. | 06/18/04 | | RUN GENERATOR, CHARGE BATTERIES, DRAIN BILGE AND FISH HOLD | | | 1.00 | 67.00 |
| | 06/18/04 | | REMOVE OXYGEN AND PROPANE TANKS FROM VESSEL | | | 1.00 | 67.00 |
| | 06/21/04 | | TROUBLESHOOT PILOTHOUSE BATTERY (NOT CHARGING) | | | 2.00 | 134.00 |
| | 06/22/04 | | RUN GEN. SET, DRAIN BILGE AND FISH HOLD AND CHECK BATTERY WIRING | | | 1.00 | 67.00 |
| | 06/24/04 | | CHECK BILGES, RUN GEN. SET AND CHARGE BATTS | | | 1.00 | 67.00 |

LABOR :     402.00

| | | | | | |
|---|---|---|---|---|---|
| 1 | STORAGE FEE 100.00 PER DAY. | 06/19/04 - 06/25/04 DOCK | DOCKAGE | 700.00 | |

OTHER :     700.00

**PAID:**

JUN 28 2004    1,102.00

AMOUNT:
CHECK #: 10802

TOTAL PARTS & LABOR :    0.00    402.00
TOTAL OTHER & DISC :    700.00    0.00

**FAIRHAVEN SHIPYARD, INC.**          PAGE # 2
50 FORT STREET
FAIRHAVEN, MA 02719
(508) 996-8591
FAX (508) 992-1326

USTOMER ID : 01311 LATTI & ANDERSO                WORK ORDER # : 502379

K ORDER PRICE SUMMARY                    CHARGE CUSTOMER SUMMARY
--------------------                     ----------------------
AL PARTS        :     0.00      AMOUNT PREVIOUSLY BILLED :  10,442.48
AL LABOR        :   402.00      PAYMENTS RECEIVED        :  -9,407.48
AL OTHER CHGS.  :   700.00
C. SUPPLIES     :     0.00      CURRENT CHARGES          :   1,102.00
IPMENT CHARGES  :     0.00      BALANCE DUE UPON RECEIPT :   2,137.00
IGHT CHARGES    :     0.00
EAGE CHARGES    :     0.00
LET CHARGES     :     0.00
IRON. CHARGES   :     0.00
ER CHARGES      :     0.00
AL LABOR DISC   :     0.00
AL PARTS DISC   :     0.00
AL HAUL/LAUNCH  :     0.00
AL POWERWASH    :     0.00
AL LAYDAYS      :     0.00
AL ELECTRICAL   :     0.00
ES TAX          :     0.00
                =========
                 1,102.00

**FAIRHAVEN SHIPYARD, INC.**                    PAGE # 1
50 FORT STREET
FAIRHAVEN, MA 02719
(508) 996-8591
FAX (508) 992-1326

CUSTOMER ID : 01311 LATTI & ANDERSO                    WORK ORDER # : 502379

                LATTI & ANDERSON LLP
ADDRESS    : 30-31 UNION WHARF
                BOSTON, MA 02109

PHONE     : ( )   -
CUST ID   : 001321                           INVOICE #   : 916482
BOAT MAKE :                                  START DATE  : 05/04/04
BOAT NAME : GEORGE J                         COMPLETED   : NO

| DESCRIPTION | DATE | PART # | DESCRIPTION | QTY | PRICE | HOURS | LABOR |
|---|---|---|---|---|---|---|---|
| MISC. MECHANICAL SECURE VESSEL FOR STORAGE WHILE VESSEL SEIZED AT SHIPYARD. REMOVE PERISHABLES, ELECTRONICS, ETC. CHECK VESSEL DAILY. | 06/28/04 | | RUN GEN. SET, CHARGE BATTERIES, DRAIN FISH HOLD AND BILGE AS NEEDED | | | 1.00 | 67.00 |
| | 06/28/04 | | CHECK 12 VOLT SYSTEM IN PILOT HOUSE | | | 0.50 | 33.50 |
| | 06/29/04 | | RUN GEN. SET | | | 0.50 | 33.50 |
| | 06/29/04 | | RUN GEN. SET, CHARGE BATTS AND INSPECT BILGES | | | 1.00 | 67.00 |
| | 06/30/04 | | RUN GENERATOR SET, CHARGE BATTS AND CHECK BILGES | | | 1.00 | 67.00 |
| | 07/06/04 | | DRAIN FISH HOLD AND BILGES, RUN GEN. SET AND CHARGE BATTERIES | | | 0.50 | 33.50 |
| | 07/07/04 | | CHECK BATTERIES, DRAIN BILGE AND FISH HOLD | | | 0.50 | 33.50 |
| | 07/08/04 | | RUND GENERATOR, CHARGE BATTERIES AND INSPECT | | | 1.00 | 67.00 |

                                                   LABOR :              402.00

1 | STORAGE FEE 100.00 PER DAY.   06/26/04 - 07/09/04 DOCK      DOCKAGE         1,400.00

                                                   OTHER : 1,400.00

PAID: 13
JUL 31 2004          1,802.00
AMOUNT:               10 839
CHECK #: 10 839

                                       TOTAL PARTS & LABOR :     0.00    402.00
                                       TOTAL OTHER & DISC  : 1,400.00      0.00

# FAIRHAVEN SHIPYARD, INC.
## 50 FORT STREET
## FAIRHAVEN, MA 02719
## (508) 996-8591
## FAX (508) 992-1326

PAGE # 2

CUSTOMER ID : 01311 LATTI & ANDERSO

WORK ORDER # : 502379

K ORDER PRICE SUMMARY
-------------------

| | | |
|---|---|---|
| AL PARTS | : | 0.00 |
| AL LABOR | : | 402.00 |
| AL OTHER CHGS. | : | 1,400.00 |
| C. SUPPLIES | : | 0.00 |
| IPMENT CHARGES | : | 0.00 |
| GHT CHARGES | : | 0.00 |
| EAGE CHARGES | : | 0.00 |
| ET CHARGES | : | 0.00 |
| RON. CHARGES | : | 0.00 |
| ER CHARGES | : | 0.00 |
| L LABOR DISC | : | 0.00 |
| L PARTS DISC | : | 0.00 |
| L HAUL/LAUNCH | : | 0.00 |
| L POWERWASH | : | 0.00 |
| L LAYDAYS | : | 0.00 |
| L ELECTRICAL | : | 0.00 |
| S TAX | : | 0.00 |

```
            ==========
              1,802.00
```

CHARGE CUSTOMER SUMMARY
-----------------------

| | | |
|---|---|---|
| AMOUNT PREVIOUSLY BILLED | : | 11,544.48 |
| PAYMENTS RECEIVED | : | -11,544.48 |
| CURRENT CHARGES | : | 1,802.00 |
| BALANCE DUE UPON RECEIPT | : | 1,802.00 |



RECEIVED
JUL 1 2 2004
LATTI & ANDERSON LLP

# FAIRHAVEN SHIPYARD, INC.
## 50 FORT STREET
### FAIRHAVEN, MA 02719
### (508) 996-8591
### FAX (508) 992-1326

PAGE # 1

CUSTOMER ID : 01311 LATTI & ANDERSO

WORK ORDER # : 502379

RECEIVED
AUG 04 2004
TI & ANDERSON

LATTI & ANDERSON LLP
ADDRESS     : 30-31 UNION WHARF
BOSTON, MA 02109

PHONE   : ( ) -
CUST ID : 001321
BOAT MAKE :
BOAT NAME : GEORGE J

INVOICE #   : 916654
START DATE  : 05/04/04
COMPLETED   : NO

| OPERATION | DATE | PART # | DESCRIPTION | QTY | PRICE | HOURS | LABOR |
|---|---|---|---|---|---|---|---|
| MISC. MECHANICAL SECURE VESSEL FOR STORAGE WHILE VESSEL SEIZED AT SHIPYARD. REMOVE PERISHABLES, ELECTRONICS, ETC. CHECK VESSEL DAILY. | 07/09/04 | | RUN GENERATOR, CHARGE BATTERIES AND CHECK VESSEL | | | 1.00 | 67.00 |
| | 07/12/04 | | RUN GENERATOR, CHARGE BATTERIES AND CHECK VESSEL | | | 1.00 | 67.00 |
| | 07/15/04 | | RUN GENERATOR, CHARGE BATTERIES, CHECK ELECTRICAL PROBLEM, DRAIN FISH HOLD AND BILGE | | | 1.00 | 67.00 |
| | 07/16/04 | | CHECK WIRING DUE TO WIRE OVERHEATING AT CHARGING UNIT | | | 1.00 | 67.00 |
| | 07/16/04 | | RUMD GENERATOR, CHARGE BATTERIES AND INSPECT | | | 1.00 | 67.00 |
| | 07/20/04 | | RUN GEN. SET, CHARGE BATTERIES AND INSPECT | | | 1.00 | 67.00 |
| | 07/23/04 | | RUN GENERATOR, CHARGE BATTERIES AND CHECK VESSEL | | | 1.00 | 67.00 |
| | 07/23/04 | | CHECK VESSEL | | | 0.50 | 33.50 |
| | 07/27/04 | | CHARGE BATTEREIS AND CHECK VESSEL | | | 1.00 | 67.00 |
| | 07/30/04 | | RUN GEN,, CHECK BILGES AND SECURE VESSEL | | | 1.50 | 100.50 |

LABOR :                                        670.00

STORAGE FEE 100.00 PER DAY.     07/10/04 - 08/02/04 DOCK     DOCKAGE     2,400.00

OTHER :     2,400.00

TOTAL PARTS & LABOR :     0.00     670.00
TOTAL OTHER & DISC  :     2,400.00     0.00

FAIRHAVEN SHIPYARD, INC.    PAGE # 2
50 FORT STREET
FAIRHAVEN, MA 02719
(508) 996-8591
FAX (508) 992-1326

CUSTOMER ID : 01311 LATTI & ANDERSO                WORK ORDER # : 502379

========================================================================================================================

========================================================================================================================

### WORK ORDER PRICE SUMMARY

| | | |
|---|---|---|
| AL PARTS | : | 0.00 |
| AL LABOR | : | 670.00 |
| AL OTHER CHGS. | : | 2,400.00 |
| C. SUPPLIES | : | 0.00 |
| IPMENT CHARGES | : | 0.00 |
| IGHT CHARGES | : | 0.00 |
| EAGE CHARGES | : | 0.00 |
| LET CHARGES | : | 0.00 |
| IRON. CHARGES | : | 0.00 |
| ER CHARGES | : | 0.00 |
| AL LABOR DISC | : | 0.00 |
| AL PARTS DISC | : | 0.00 |
| AL HAUL/LAUNCH | : | 0.00 |
| AL POWERWASH | : | 0.00 |
| AL LAYDAYS | : | 0.00 |
| AL ELECTRICAL | : | 0.00 |
| S TAX | : | 0.00 |
| | | ========== |
| | | 3,070.00 |

### CHARGE CUSTOMER SUMMARY

AMOUNT PREVIOUSLY BILLED : 13,346.48
PAYMENTS RECEIVED        : -13,346.48

CURRENT CHARGES          : 3,070.00
BALANCE DUE UPON RECEIPT : 3,070.00

**PAID:**

AUG  5 2004

AMOUNT: 3070
CHECK #: 10887

**FAIRHAVEN SHIPYARD, INC.**         PAGE # 1
50 Fort Street
Fairhaven, MA 02719
(508) 996-8591
FAX (508) 992-1326

stomer ID : 01311 LATTI & ANDERSO                    Work Order # : 502379

RECEIVED
AUG 23 2004
LATTI & ANDERSON LLP

LATTI & ANDERSON LLP
dress      : 30-31 UNION WHARF
BOSTON, MA 02109

e      : ( )   -                          Invoice #  : 916860
ID    : 001321                            Start Date : 05/04/04
Make  :                                   Completed  : NO
Name  : GEORGE J

| ation | Date | Part # | Description | Qty | Price | Hours | Labor |
|---|---|---|---|---|---|---|---|
| MISC. MECHANICAL SECURE VESSEL FOR STORAGE WHILE | | | | | | | |
| VESSEL SEIZED AT | 08/06/04 | | RUND GEN. AND CHECK VESSEL | | | 1.00 | 67.00 |
| SHIPYARD. REMOVE | 08/13/04 | | CHECK BOAT, RUN GEN. AND CHARGE BATT. | | | 1.00 | 67.00 |
| PERISHABLES, ELECTRONICS, | 08/19/04 | | CHECK VESSEL, BILGES, RUN GEN. AND | | | 1.50 | 100.50 |
| ETC. CHECK VESSEL DAILY. | | | CHARGE BATT. | | | | |
| | | | | | LABOR : | | 234.50 |
| 1  STORAGE FEE 100.00 PER | | | | | | | |
| DAY. | 08/03/04 - 08/20/04 | DOCK | DOCKAGE | 1,800.00 | | | |
| | | | | OTHER : | 1,800.00 | | |
| | | | TOTAL PARTS & LABOR : | 0.00 | | | 234.50 |
| | | | TOTAL OTHER & DISC : | 1,800.00 | | | 0.00 |

PAID:
AUG 2 4 2004
AMOUNT: 2,034.50
CHECK #: 10966

FAIRHAVEN SHIPYARD, INC.   PAGE # 2
50 Fort Street
Fairhaven, MA 02719
(508) 996-8591
FAX (508) 992-1326

stomer ID : 01311 LATTI & ANDERSO          Work Order # : 502379

```
 ORDER PRICE SUMMARY                           CHARGE CUSTOMER SUMMARY
-------------------                           ----------------------
l Parts        :      0.00          Amount Previously Billed :  16,416.48
l Labor        :    234.50          Payments Received        : -16,416.48
l Other Chgs.  :  1,800.00
. Supplies     :      0.00          Current Charges          :   2,034.50
pment Charges  :      0.00          BALANCE DUE UPON RECEIPT :   2,034.50
ght Charges    :      0.00
age Charges    :      0.00
et Charges     :      0.00
ron. Charges   :      0.00
r Charges      :      0.00
l Labor Disc   :      0.00
l Parts Disc   :      0.00
 Haul/Launch   :      0.00
 Powerwash     :      0.00
 Laydays       :      0.00
l Electrical   :      0.00
s Tax          :      0.00
                ==========
                  2,034.50
```