
**Allstate FINANCIAL**

Date Prepared: 01/07/2005

| Description Of Benefits | Guaranteed Benefits | Cost |
|---|---|---|
| **For:** Suzy Marie Capaldi<br>Sex: Female \| Age: 13 \| DOB: 03/30/1992 \| NLE: 67.1 Years | | |
| $500.00 monthly , guaranteed for 112 months , beginning 03/15/2005 , and ending 06/15/2014. | $56,000 | $48,405 |
| $25,000.00 yearly , guaranteed for 4 years , beginning 08/01/2010 , and ending 08/01/2013. | $100,000 | $76,637 |
| A guaranteed payment of $50,000.00 on 03/30/2020 . | $50,000 | $23,640 |
| **Sub Total** | $206,000 | $148,682 |
| TOTAL EXPECTED AND GUARANTEED BENEFITS: | $206,000 | |
| **TOTAL COST(Assigned):** | | $148,682 |
| Assumed Deposit Date:   02/15/2005<br>Rate Code:              PBJGSPLZA8 | | |

Quotes are valid for 7 days.
Normal Life Expectancies are taken from the 2000 U.S. Life Tables.

file://C:\PROGRA~1\ALLSTA~1\stylesheets\~$Temp.html

01/07/2005