**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF MASSACHUSETTS**

_____

|  |  |
|---|---|
| **VICTOR P. CAPALDI** ) | |
| **Plaintiff** ) | |
| ) | Civil Action |
| ) | |
| ) | No. 04-10843 |
| **v.** ) | |
| ) | |
| ) | |
| **F/V GEORGIE J, her engines, boilers, equipment,** ) | |
| **machinery, tackle, furnishings, apparel, appurtenances,** ) | |
| **etc., including, but not limited to, it s commercial fishing** ) | |
| **licenses, permits, limited entry rights, quotas, moratorium** ) | |
| **permits/licenses, and all other fishing rights, history,** ) | |
| **privileges, or entitlements arising from, issued to,** ) | |
| **attaching to, or appurtenant to said vessel,** _in rem_ ) | |
| **Defendant** ) | |
| ) | |

_____ )


## JOINT MOTION TO DISBURSE FUNDS HELD IN REGISTRY OF COURT

Now comes the Plaintiff and Defendant in the above-entitled action and by and through

theirs attorneys respectfully requests that this Honorable Court disburse funds held in Registry of

this Court.

As this Court is aware, the above-entitled case has settled. Currently, this Court holds in

the Registry of the Court funds from the sale of the F/V GEORGIE J.  As part of the settlement

agreement, the funds in the Registry of the Court are to be distributed to Plaintiff's attorney, Latti

& Anderson LLP.  The Plaintiff requests this Honorable Court transfer the funds and/or issue a

check[1] to be transferred and/or deposited into Latti & Anderson IOLTA escrow account for

distribution pursuant to the terms of the settlement agreement.

WHEREFORE,  the Plaintiff requests this Honorable Court transfer the funds and/or

issue a check to be transferred and/or deposited into Latti & Anderson IOLTA escrow account

for distribution pursuant to the terms of the settlement agreement.

Respectfully submitted for the
the Plaintiff, Victor P. Capaldi,
by his attorney,

/s/ Carolyn M. Latti
/s/ Carolyn M. Latti
BBO #567-394
David F. Anderson
BBO#560-994
LATTI & ANDERSON LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Respectfully submitted
for the Defendant,

/s/ Thomas Muzyka
/s/ Thomas Muzyka, Esquire
Clinton & Muzyka
One Washington Mall, Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: January 24, 2004

---

[1] If a check is issued, it should be made payable to Victor P. Capaldi and Latti & Anderson LLP, his attorneys."

2

CERTIFICATE OF SERVICE

      I hereby certify that on January 24, 2005, I electronically filed Joint Motion to Disburse Funds Held in Registry of Court with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to the following:

>Thomas Muzyka, Esquire
>Clinton & Muzyka
>One Washington Mall, Suite 1400
>Boston, MA 02108

>Respectfully submitted for the
>the Plaintiff,


>/s/Carolyn M. Latti
>Carolyn M. Latti
>Latti & Anderson LLP
>30-31 Union Wharf
>Boston, MA 02109
>617-523-1000
>danderson@lattianderson.com

3