UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VICTOR P. CAPALDI<br>    Plaintiff<br><br>v.<br><br>F/V GEORGIE J, her engines, boilers, equipment,<br>machinery, tackle, furnishings, apparel, appurtenances,<br>etc., including, but not limited to, it s commercial fishing<br>licenses, permits, limited entry rights, quotas, moratorium<br>permits/licenses, and all other fishing rights, history,<br>privileges, or entitlements arising from, issued to,<br>attaching to, or appurtenant to said vessel, *in rem*<br>    Defendant | Civil Action<br><br>No. 04-10843 |

### JOINT MOTION TO DISBURSE FUNDS HELD IN REGISTRY OF COURT

Now comes the Plaintiff and Defendant in the above-entitled action and by and through theirs attorneys respectfully requests that this Honorable Court disburse funds held in Registry of this Court.

As this Court is aware, the above-entitled case has settled. Currently, this Court holds in the Registry of the Court funds from the sale of the F/V GEORGIE J. As part of the settlement agreement, the funds in the Registry of the Court are to be distributed to Plaintiff's attorney, Latti & Anderson LLP. The Plaintiff requests this Honorable Court transfer the funds and/or issue a

*Allowed*
*J Tauro J*
*1/25/05*

check[1] to be transferred and/or deposited into Latti & Anderson IOLTA escrow account for distribution pursuant to the terms of the settlement agreement.

WHEREFORE, the Plaintiff requests this Honorable Court transfer the funds and/or issue a check to be transferred and/or deposited into Latti & Anderson IOLTA escrow account for distribution pursuant to the terms of the settlement agreement.

        Respectfully submitted for the
        the Plaintiff, Victor P. Capaldi,
        by his attorney,


        /s/ Carolyn M. Latti
        /s/ Carolyn M. Latti
        BBO #567-394
        David F. Anderson
        BBO#560-994
        LATTI & ANDERSON LLP
        30-31 Union Wharf
        Boston, MA 02109
        (617) 523-1000


        Respectfully submitted
        for the Defendant,


        /s/ Thomas Muzyka
        /s/ Thomas Muzyka, Esquire
        Clinton & Muzyka
        One Washington Mall, Suite 1400
        Boston, MA 02108
        (617) 723-9165

Dated: January 24, 2004

---

[1] If a check is issued, it should be made payable to Victor P. Capaldi and Latti & Anderson LLP, his attorneys."

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2005, I electronically filed Joint Motion to Disburse Funds Held in Registry of Court with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to the following:

>Thomas Muzyka, Esquire
>Clinton & Muzyka
>One Washington Mall, Suite 1400
>Boston, MA 02108

>Respectfully submitted for the
>the Plaintiff,


>/s/Carolyn M. Latti
>Carolyn M. Latti
>Latti & Anderson LLP
>30-31 Union Wharf
>Boston, MA 02109
>617-523-1000
>danderson@lattianderson.com